NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## KA 04-1207

**STATE OF LOUISIANA**

**VERSUS**

**CURTIS DARGIN**

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-K-4313D
HONORABLE DONALD WAYNE HEBERT, DISTRICT JUDGE

**********

**J. DAVID PAINTER**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and J. David Painter, Judges.

**CONVICTION AND SENTENCE AFFIRMED. REMANDED FOR**

**CORRECTION OF SENTENCE. MOTION TO WITHDRAW GRANTED.**

Earl B. Taylor
District Attorney, 27th J.D.C.
P. O. Drawer 1968
Opelousas, LA 70571-1968
(337) 948-3041
Counsel for: Plaintiff/Appellee
State of Louisiana


Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles, LA 70602-1641
(337) 491-0570
Counsel for: Defendant/Appellant
Curtis Dargin

Alisa Ardoin Gothreaux
Asst. District Atty. 27th JDC
P. O. Drawer 1968
Opelousas, LA 70571-1968
(337) 948-0551
Counsel for: Plaintiff/Appellee
State of Louisiana

Curtis J. Dargin
P.P.C.C. / Creek A
P.O. Box 650
Pine Prairie, LA 70576-0650